UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY RADCLIFFE,

                         Plaintiff,

-against-

DELTA BAROMETRE; RONDA MURRAY,

                         Defendants.

21-CV-2088 (CM)

CIVIL JUDGMENT

Pursuant to the order issued May 24, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed prisoner authorization or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 24, 2021
           New York, New York

                                                    COLLEEN McMAHON
                                                 United States District Judge